**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6046**

MAHMOUD A. BENSTONE,

              Plaintiff – Appellant,

        v.

ROY W. CHERRY, Superintendent,

              Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:10-cv-00313-JCC-JFA)

Submitted:  April 21, 2011          Decided:  April 27, 2011

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mahmoud A. Benstone, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mahmoud A. Benstone appeals the district court's order awarding summary judgment to Roy W. Cherry in this 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Benstone v. Cherry, No. 1:10-cv-00313-JCC-JFA (E.D. Va. filed Dec. 22, 2010 & entered Dec. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED